In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title, Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee, to the Lands, Tenements and Hereditaments Required for the Purpose of Opening and Extending Jay Street from Nassau Street to Fulton Street; Smith Street from Fulton Street to Atlantic Avenue; Schermerhorn Street from Nevins Street to Third Avenue, Subject to the Right of The City of New York to Maintain and Operate in Perpetuity an Underground Railroad in the Lands Heretofore Acquired for Rapid Transit Purposes, in the Borough of Brooklyn, City of New York. NATHAN L. GOLDSTEIN, Appellant; THE CITY OF NEW YORK, Hon. FRANK J. TAYLOR, Comptroller of the City of New York, and GUARANTY TRUST COMPANY OF NEW YORK, Respondents.— Order, so far as appealed from, adjudging that appellant's claim for services and disbursements, as attorney, against the award made for damage parcel No. 229 is subordinate to the claim of respondent Guaranty Trust Company of New York, the holder of a first mortgage thereon, and directing the comptroller of the city of New York to pay the award to this respondent in disregard of appellant's notice of lien,

affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Johnston, Adel and Close, JJ., concur.